

# Fourth Court of Appeals
## San Antonio, Texas

November 22, 2021

No. 04-20-00599-CV

**IN THE MATTER OF THE MARRIAGE OF CARLOS Y. BENAVIDES, JR. AND
LETICIA R. BENAVIDES**,

From the County Court At Law No 1, Webb County, Texas
Trial Court No. 2011-PB6-000081-L2-A
Honorable Hugo Martinez, Judge Presiding

# O R D E R

Appellee's Motion for Leave to File Sur-Reply Brief is GRANTED.


It is so **ORDERED** November 22, 2021.

**PER CURIAM**

ATTESTED TO:_____
     MICHAEL A. CRUZ,
     CLERK OF COURT